FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

NOV 5 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINSVILLE DIVISION

| | |
|---|---|
| JORGE JAIMES CONTRERAS & ELIAS PEREZ-GONZALEZ, et al. | CIVIL ACTION FILE NO. 2:12-CV-00072-WCO |
| Plaintiffs, | |
| v. | |
| CHATTAHOOCHEE COUNTRY CLUB, INC. | |
| Defendant. | |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are reasonable and satisfactory. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE.

This the 5th day of November, 2012.

JUDGE WILLIAM C. O'KELLEY
UNITED STATES DISTRICT JUDGE